**STERN & KILCULLEN, LLC**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: 973-535-1900
Facsimile: 973-535-9664
*Attorneys for defendant Derish Wolff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,              : Crim. No. 2:11-CR-719 (FSH)
                                                              :
          Plaintiff,         : **NOTICE OF MOTION**
                                                              :
          v.                       : **Motion Date: October 16, 2012**
                                                              :
                                                              : **ORAL ARGUMENT IS**
DERISH WOLFF,                                 : **REQUESTED**
                                                              :
          Defendant.       : *Electronically Filed*
                                                              :
------------------------------------------------------------- x

TO:   Scott McBride, A.U.S.A.
       United States Attorney's Office
       District of New Jersey
       970 Broad Street, Suite 700
       Newark, New Jersey  07102

     Please take notice that Stern & Kilcullen, LLC, counsel for defendant Derish Wolff, will move on a October 16, 2012 at the Martin Luther King Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 before the Honorable Faith S. Hochberg, U.S.D.J., for an Order requiring the Government to produce <u>Giglio</u> material within 10 days.  The grounds for this motion are more fully set forth in Mr. Wolff's supporting Brief filed concurrently herewith and such further submissions and argument as may be presented at a hearing on this matter.

     Respectfully submitted this 23rd day of August, 2012.

<u>s/ Jeffrey Speiser</u>
Herbert J. Stern
Mark Rufolo
Jeffrey Speiser
Michael Dinger
**STERN & KILCULLEN, LLC**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone:  973-535-1900
Facsimile: 973-535-9664
*Attorneys for defendant Derish Wolff*