**STERN & KILCULLEN, LLC**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: 973-535-1900
Facsimile: 973-535-9664
*Attorneys for defendant Derish Wolff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
:
UNITED STATES OF AMERICA,  :  Crim. No. 2:11-CR-719 (FSH)
:
Plaintiff,  :
:  **NOTICE OF MOTION**
:
v.  :  **Motion Date: October 16, 2012**
:
:  **ORAL ARGUMENT IS**
DERISH WOLFF,  :  **REQUESTED**
:
Defendant.  :  *Electronically Filed*
:
:
------------------------------------------------------------ x

TO:   Scott McBride, A.U.S.A.
      United States Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, New Jersey 07102

Please take notice that Stern & Kilcullen, LLC, counsel for defendant Derish Wolff, will move on October 16, 2012 at the United States Post Office & Courthouse, Federal Square, Newark, New Jersey 07102 before the Honorable Faith S. Hochberg, U.S.D.J., for an Order requiring the Government to produce discovery pursuant to the U.S. Constitution, *Brady* and Fed. R. Crim. P. 16. The grounds for this motion are more fully set forth in Mr. Wolff's Memorandum Of Law In Support Of His Motion For Discovery Pursuant To The Constitution,

*Brady* And Rule 16, filed concurrently herewith and such further submissions and argument as may be presented at a hearing on this matter.

Respectfully submitted this 14th day of September, 2012.

s/ Mark Rufolo
Herbert J. Stern
Mark Rufolo
Jeffrey Speiser
Michael Dinger
**STERN & KILCULLEN, LLC**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone:  973-535-1900
Facsimile: 973-535-9664
*Attorneys for defendant Derish Wolff*